Submitted on the petition, answering memorandum of respondent, response memorandum of intervenors, and on the record for S47236 on March 8, and for S47243 on March 2, ballot title certified April 6, 2000

Jann CARSON
and David Fidanque,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent,*

*and*

Maureen KIRK,
Harry Lonsdale, and Bill Boyer,
*Intervenors.*

(SC S47236)

Becky MILLER,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent,*

*and*

Maureen KIRK,
Harry Lonsdale, and Bill Boyer,
*Intervenors.*

(SC S47243)
(Consolidated for Consideration and Opinion)

998 P2d 218

Charles F. Hinkle, Portland, filed the petition for petitioners Carson and Fidanque.

Gregory W. Byrne, Portland, filed the petition for petitioner Miller.

Kaye E. McDonald, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Daniel W. Meek, Portland, filed the petition for intervenors.

PER CURIAM

## PER CURIAM

These two ballot title review proceedings, which this court has consolidated on its own motion for purposes of consideration and decision, are brought under ORS 250.085(2). Petitioners are electors who timely submitted written comments to the Secretary of State respecting the content of the draft ballot title for a proposed measure, which has been designated by the Secretary of State as Initiative Petition 126 (2000). They therefore are entitled to seek review of the resulting ballot title for that proposed measure certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035 (1997).[1] *See* ORS 250.085(5) (setting out standard of review).

We have considered each of petitioners' arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: ADDS CAMPAIGN
FINANCE DISCLOSURE, REPORTING
REQUIREMENTS; RESTRICTS CONTRIBUTORS,
CONTRIBUTION AMOUNTS

RESULT OF "YES" VOTE: "Yes" vote adds campaign finance disclosure, reporting requirements, political committee regulation; restricts contributors, contribution amounts.

---

[1] The 1999 Legislature amended ORS 250.035(2) in several respects. Or Laws 1999, ch 793, § 1. However, section 3 of that 1999 enactment provides, in part:

"(1) The amendments to ORS 250.035 by section 1 of this 1999 Act do not apply to any ballot title prepared for:

"(a) Any initiative petition that, if filed with the Secretary of State with the required number of signatures of qualified electors, will be submitted to the people at the general election held on the first Tuesday after the first Monday in November 2000[.]"

The present proposed measure is one of those to which the 1999 act does not apply. We therefore apply the pertinent provisions of ORS 250.035(2) (1997).

RESULT OF "NO" VOTE: "No" vote rejects: additional campaign finance disclosure, reporting requirements, political committee regulation; restricting contributors, contributions.

SUMMARY: Amends Constitution. Constitution now requires certain campaign disclosures, guarantees contribution methods. Measure adds disclosure, reporting requirements; prohibits laws restricting payroll deduction contribution process. "Paid advocacy communication" receiving "political committee" funding must state names, businesses, contribution amounts of committee's "dominant contributors"; voters pamphlet must list political committees supporting, opposing each measure, candidate, with similar disclosures. Allows contributions, expenditures only from individuals, "qualified corporations," "political committees," "grass-roots nonprofit organizations." Limits contribution, expenditure amounts. Allows voter-initiated enforcement lawsuits; provides penalties for violations. Defines terms. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).